UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COAST TO COAST HOLE IN ONE, LLC, a Nevada Limited Liability Company, TERRY ULLESEIT, DENISE I. GEORGE,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL HIGGINS, TRACY HIGGINS, HOLE IN ONE PROMOTIONS, LLC, a Massachusetts Limited Liability Company, DOES I through X, and BLACK and WHITE COMPANIES I through X,<br><br>Defendants | Case No.: 3:24-cv-00195-CSD<br><br>**Order**<br><br>Re: ECF No. 11 |

Defendants have up to and including **Friday May 10, 2024**, to file a response to Plaintiff's emergency motion for an order shortening time for briefing on Plaintiff's motion for preliminary injunction. After the court reviews the response, it will issue an order regarding the emergency request for a shortened briefing schedule on the motion for preliminary injunction.

**IT IS SO ORDERED**.

Dated: May 7, 2024

_____
Craig S. Denney
United States Magistrate Judge